# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> -vs- <br><br> MICHAEL ALAN MCNULTY, <br><br> Defendant. | Case No. CR 19-51-BLG-SPW <br><br> **ORDER** |

Upon the Defendant's Motion to Seal Exhibits (Doc. 25), and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Michael McNulty's Motion to Seal Exhibits (Doc. 25) (#24-1; 24-2; 24-3; 24-4; and 24-5) in connection with Defendant's Brief in Support of Motion to Suppress (Doc. 24) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court file Defendant's exhibits (#24-1; 24-2; 24-3; 24-4; and 24-5) attached to Document 24 under seal.

Dated this 23 day of July, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge