
FILED

MAR 27 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ALAN MCNULTY,<br><br>Defendant. | Case No. CR-19-51-BLG-SPW<br><br>**ORDER** |

Upon the Defendant's Motion to Extend Deadline for Self-Surrender (Doc. 62), and good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant is given an additional ninety (90) days to self-surrender to FCI Florence.

**IT IS FURTHER ORDERED** that the U.S. Marshals Service shall at their earliest convenience notify the Defendant, Michael Alan McNulty, of a new date and time for self-surrender approximately ninety (90) days from the date of this Order.

The Clerk is directed to notify counsel, the defendant, United States Marshals Service and the Bureau of Prisons of the making of this Order.

DATED this 27th day of March, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE